JS - 6

**LINKS: 1, 10**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2926 GAF (PLAx) | Date | May 29, 2009 |
|---|---|---|---|
| Title | Williams v. Portion Pac Product Packaging et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**      **(In Chambers)**

### ORDER OF REMAND

On May 21, 2009, the Court reviewed Heinz's Notice of Removal and observed that Heinz's jurisdictional allegations are deficient.  At that time, it issued to Heinz an **ORDER TO SHOW CAUSE** why this matter should not be remanded for lack of subject matter jurisdiction.  (Docket No. 10.)  Heinz responded that it "respectfully declines to supplement the allegations in its 'Notice of Removal' [and] accepts that the Court . . . is going to remand this case to Superior Court, based on lack of subject matter jurisdiction."  (Response to OSC (Docket No. 13) at 2.)

Accordingly, the Court hereby **REMANDS** this action for lack of subject matter jurisdiction.

IT IS SO ORDERED.